**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 26-10372-djb** |
| | **CHAPTER 13** |
| **Tarani A. Johnson,** | |
| Debtor. | |
| | **Hearing Date: May 20, 2026** |
| _____/ | **Hearing Time: 11:00 A.M.** |
| | **Hearing Location: 900 Market Street,** |
| **Wells Fargo Bank, N.A.,** | **Suite 201 Philadelphia, PA 19107** |
| | **Courtroom Number #2** |
| Movant, | |
| v. | |
| | |
| **Tarani A. Johnson,** | |
| Debtor, | |
| **Kenneth E. West,** | |
| Trustee, | |
| | |
| Respondents. | |
| _____/ | |

**STATUS REPORT TO MOTION FOR PROSPECTIVE IN-REM RELIEF FROM**
**AUTOMATIC STAY FOR A PERIOD OF TWO YEARS**

Secured Creditor, Wells Fargo Bank, N.A., by and through the undersigned counsel, hereby

submits its Status Report to the Motion for prospective *in rem* relief pursuant to 11 U.S.C. §§

362(d)(1) and (d)(4), and states the following:

1. As requested by the Court for the Motion on April 15, 2026, Secured Creditor hereby

   expressly agrees to waive the right to a final decision on the merits of our Motion for Relief

   From Stay (docket document 29) within 60 days under 11 U.S.C. §§ 362(e)(i).

2. Furthermore, Secured Creditor consents to the matter being set for continued hearing on

   May 20, 2026, at 11:00 AM.

Date: April 16, 2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2026, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and also caused a true and correct copy to be served via First Class Mail, postage prepaid and/or electronic mail, to the below Service List.

Tarani A. Johnson
45 East City Avenue
Ste 503
Bala Cynwyd, Pa 19004

Via Electronic Mail:

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Robertson, Anschutz, Schneid,
Crane & Partners, PLLC**
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA   30004
Telephone: (470) 321-7112

By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar No.: 334053
Email: jkatz@raslg.com