**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **Tarani A. Johnson,** | : | |
| | : | **Bky No.  26-10372 (DJB)** |
| **Debtor.** | : | |
| | : | |
| _____ | : | |

# **ORDER**

**AND NOW,** upon consideration of the Debtor's Amended Emergency Motion to

Expedite Hearing (related documents Amended Emergency Motion to Compel Full Accounting,

Document Production, Reconciliation, Recording of Satisfaction, Return of Funds, and

Sanctions) (the "Motion") [Dkt. No. 70], and the Court finding that expedited consideration of

the underlying motion is not required and the relief sought in such underlying motion can be considered

on regular notice after requisite objection period, see LR 9014-3(h),[1] it is hereby **ORDERED** that:

1. The Motion is **DENIED**;

2. A hearing on the Debtor's Amended Emergency Motion to Compel Full Accounting,

   Document Production, Reconciliation, Recording of Satisfaction, Return of Funds, and

   Sanctions [Dkt. No. 65] will be held on **Wednesday, May 20, 2026 at 9:30 a.m.** in the

   United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2,

   900 Market Street, Philadelphia, PA 19107.

**Date: April 17, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

---

[1]     The parties continue to have all rights afforded by Federal Rule of Bankruptcy Procedure
9014(c), to the extent parties seek documents or discovery related to the pending matter.