**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**TARANI A. JOHNSON,**
Debtor.

Chapter 13
Case No. 26-10372-DJB

Honorable Derek J. Baker.

**AFFIDAVIT OF Tarani-Alike Johnson
IN SUPPORT OF DEBTOR'S RESPONSE AND OBJECTION TO TRUSTEE'S AMENDED
MOTION TO DISMISS**

I, Tarani-Alike Johnson, being of lawful age and duly sworn according to law, hereby depose and state as follows based upon my personal knowledge:

1.   I submit this Affidavit in connection with the Chapter 13 Trustee's Amended Motion to Dismiss and the issues raised therein concerning outstanding tax returns and related financial documentation.

2.   In the course of reviewing my financial and tax records, I discovered substantial discrepancies and irregularities affecting prior federal and state tax filings for tax years beginning in or about 2018 and continuing through subsequent years.

3.   I was also informed by the Internal Revenue Service that identity theft and/or improper third-party reporting may have adversely affected the accuracy of prior federal and state tax returns filed in my name.

4.   As a result of the foregoing, I have undertaken a systematic review, reconciliation, and amendment process with respect to previously filed federal and state tax returns for tax years 2018, 2019, 2020, 2021, 2022, and 2023.

5.   This corrective process is currently ongoing. The amendments directly affect the calculation of taxable income, reportable liabilities, deductions, and related tax obligations for multiple years. The accuracy of each subsequent year's return is dependent upon the proper reconciliation of the preceding amended year.

6.   Because prior tax years remain under active review and amendment, the preparation and filing of returns for tax years 2024 and 2025 have not yet been finalized. It would be improper and potentially inaccurate to file those returns while the foundational prior-year figures remain subject to correction.

7.     I am acting in good faith throughout this process. I am actively working to complete and file all required amended and current federal and state tax returns as accurately and expeditiously as the circumstances of the ongoing reconciliation permit.

8.     I am cooperating fully with the Chapter 13 Trustee. I intend to provide updated returns, amended filings, and all supporting documentation to the Trustee as each item is finalized and becomes available for submission.

9.     The present status of my tax filings reflects the practical necessity of correcting inaccurate prior-year information arising from identity theft and related reporting irregularities before subsequent returns can be accurately prepared and filed.

10.     I respectfully request that this Court recognize my ongoing cooperation with the Trustee and my continued good-faith prosecution of this bankruptcy case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. **28 U.S.C. § 1746.**

Respectfully submitted this 7th day, May 2026.

Bye: /cs:/s: johnson, tarani-alike, sui juris c
Tarani-Alike Johnson

---

PENNSYLVANIA COMMONWEALTH            )

                                     ) ss.

Montgomery            COUNTY         )

Sworn to and subscribed before me, the undersigned Notary Public, this 7th day of ___May_____, 2026, by Tarani-Alike Johnson, who is personally known to me or who produced satisfactory identification.

_____
Notary Public

Printed Name: Shody Mickenley Joseph
My Commission Expires: 02/17/2027

Commonwealth of Pennsylvania - Notary Seal
Shody Mickenley Joseph, Notary Public
Montgomery County
My commission expires February 17, 2027
Commission number 1432775
Member, Pennsylvania Association of Notaries