## **Certification Regarding Notice and Consultation**

Pursuant to Fed. R. Civ. P. 65(b)(1)(B), Fed. R. Bankr. P. 7065, and Judge Baker's Judicial Practices and Procedures (p. 3), Plaintiff hereby certifies as follows:

On May 29, 2026, prior to and simultaneously with filing this Motion, Plaintiff: (1) notified Judge Baker's Courtroom Deputy, John Barbetta, by telephone at (215) 408-2839 of the intention to file this Emergency TRO Motion and the June 2, 2026 sheriff's sale deadline; (2) placed a telephone call to Michael Troy Freedman, Esq. at Reed Smith LLP, counsel of record for Wells Fargo Bank, N.A., advising of the nature of this emergency filing and the relief sought; and (3) transmitted written notice by electronic mail to all counsel of record advising of this filing. As of the time of filing, Plaintiff has not received a response from Wells Fargo's counsel confirming consent or availability for an expedited hearing.

*The nature of the emergency — a non-negotiable sheriff's sale date of June 2, 2026, four days from the date of this filing — makes it impossible to await a full adversarial response before seeking ex parte TRO relief. Immediate and irreparable injury in the form of the permanent loss of Plaintiff's home will occur before the adverse party can be heard in the ordinary course.*

Respectfully submitted this May 29, 2026,

By: /s/ Tarani-Alike Johnson, sui juris

**Tarani-Alike Johnson, sui juris**

# CERTIFICATE OF SERVICE

I, Tarani-Alike Johnson, hereby certify that on May 29, 2026, I served a true and correct copy of the foregoing Motion upon all Defendants and their counsel of record via the Court's CM/ECF system, which provides electronic notice to: Michael Troy Freedman, Esq. and/or Aaron M. Bender, Esq., Reed Smith LLP (counsel for Wells Fargo Bank, N.A.); Jordan Katz, Esq., Robertson, Anschutz, Schneid, Crane & Partners, PLLC (d/b/a RAS Law Group); Kenneth E. West, Chapter 13 Trustee; and the Office of the United States Trustee. I additionally transmitted this Motion by electronic mail to all counsel of record. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted this May 29, 2026,

By: /s/ johnson, tarani-alike, sui juris

**Tarani-Alike Johnson, sui juris**