# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

**TARANI A. JOHNSON, Debtor.**

Chapter 13 | Bky. No. 26-10372 (DJB)

---

TARANI ALIKE JOHNSON, Plaintiff

v.

WELLS FARGO BANK, N.A., et al., Defendants.

Adversary Proceeding No.  26-00133-djb

---

## PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

AND NOW, upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, the Court having considered the verified allegations therein, and good cause appearing:

IT IS HEREBY ORDERED that:

1. Plaintiff's Emergency Motion for Temporary Restraining Order is GRANTED.

2. Wells Fargo Bank, N.A., its agents, attorneys, employees, the Philadelphia County Sheriff's Office, and all persons acting in active concert or participation with Wells Fargo Bank, N.A. are hereby ENJOINED and RESTRAINED from conducting, proceeding with, or consummating the sheriff's sale of the real property located at 2285 Bryn Mawr Avenue, Philadelphia, Pennsylvania 19131, presently scheduled for June 2, 2026, or any rescheduled date, pending further Order of this Court.

3. This Temporary Restraining Order shall remain in effect for fourteen (14) days from the date of entry hereof, subject to extension by Order of this Court for good cause shown.

4. An expedited hearing on Plaintiff's Motion for Preliminary Injunction shall be held on _____, 2026, at _____ □ a.m. / □ p.m., before the Honorable Derek J. Baker, United States Bankruptcy Judge.

5.   Plaintiff shall serve a copy of this Order and the underlying Motion upon all Defendants and their counsel of record by electronic mail and CM/ECF within _____ hours of entry of this Order.

6.   Wells Fargo Bank, N.A. may file a written response to the Motion for Preliminary Injunction no later than _____ on _____, 2026.

BY THE COURT:

_____

DEREK J. BAKER

United States Bankruptcy Judge

Date: _____