# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

**TARANI A. JOHNSON, Debtor.**

Chapter 13 | Bky. No. 26-10372 (DJB)

---

**TARANI ALIKE JOHNSON,**

Plaintiff

v.

**WELLS FARGO BANK, N.A., et al., Defendants.**

Adversary Proceeding No. _26-00133-djb_

---

## PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION
### PENDING ADVERSARY PROCEEDING

AND NOW, upon consideration of Plaintiff's Emergency Motion for Preliminary Injunction, any responses thereto, and the record presented at the expedited hearing held on _____, 2026:

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction is GRANTED.

2. Wells Fargo Bank, N.A., its agents, attorneys, employees, the Philadelphia County Sheriff's Office, and all persons acting in active concert or participation with Wells Fargo Bank, N.A. are hereby ENJOINED and RESTRAINED from conducting, proceeding with, or consummating any sheriff's sale or other enforcement proceeding with respect to the real property located at 2285 Bryn Mawr Avenue, Philadelphia, Pennsylvania 19131, pending final resolution of the above-captioned adversary proceeding, including all appeals.

3. This Preliminary Injunction is issued pursuant to 11 U.S.C. § 105(a) and Fed. R. Civ. P. 65, as necessary and appropriate to preserve this Court's jurisdiction over the pending adversary proceeding and to prevent irreparable harm to the Plaintiff-Debtor and the bankruptcy estate.

4. This Order shall remain in effect until further Order of this Court.

BY THE COURT:

_____

DEREK J. BAKER

United States Bankruptcy Judge

Date: _____