# EXHIBIT A

**FILED**

31 MAR 2026 03:52 pm

Civil Administration

J. BOYD

## IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.,<br><br>        Plaintiff<br><br>v.<br><br>TARANI A. JOHNSON,<br>        Defendant | COURT OF COMMON PLEAS OF<br><br>PHILADELPHIA COUNTY<br><br>NO.: 100401188 |

## ORDER

AND NOW, this __31st__ day of __March__, 2026, upon consideration of

Plaintiff's Motion for Postponement of Sheriff's sale, it is hereby:

**ORDERED** that the Sheriff's sale currently scheduled for April 07, 2026, is extended two

months to the regularly scheduled Philadelphia County Sheriff Sale scheduled for June 02, 2026.

No further advertising or additional notice to lienholders or the Defendant is required provided the

postponement is announced at the Sheriff's Sale.

ORPSS-Wells Fargo Bank, N.A. Vs Johnson [MBM]

10040118800575

BY THE COURT

Christopher R. Hall

J.

25-293085 - JaM

Case ID: 100401188
Control No.: 26040071

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) M. RUSSO 04/01/2026