## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
|     **Tarani A. Johnson,** | : | |
| | : | **Bky No.  26-10372 (DJB)** |
|        **Debtor.** | : | |
| | : | |
| | : | |
|     **Tarani A. Johnson** | : | |
| | : | |
|        **Plaintiff** | : | **Adversary No. 26-00133 (DJB)** |
| | : | |
|     **v.** | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | |
| | : | |
|        **Defendant** | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction Pending in the Adversary Proceeding (as verified, the "Motion") [Dkt. No. 122], and upon an emergency hearing held on June 1, 2026 at which time the Debtor and counsel for Wells Fargo Bank, N.A. presented argument and for the reasons stated on the record, it is hereby **ORDERED** that the Motion is **GRANTED**, with provisions stated on the record.  A preliminary Injunction staying the sheriff sale of 2285 Bryn Mawr Ave. Philadelphia PA 19131 originally scheduled for June 2, 2026 is hereby entered pending disposition of adversary proceeding and/or resolution of Claim Objection  (the "Claim Objection") [Dkt. Nos. 72 & 109] **PROVIDED** the Debtor posts a bond of no less than $706,339.25 with the Clerk of the United States Bankruptcy Court no later than 10:00 a.m. on June 2, 2026.

**Date: June 2, 2026**

                                                                          _____

                                                                         **DEREK J. BAKER**
                                                                         **U.S. BANKRUPTCY JUDGE**