# COLONIAL SURETY COMPANY

Duncannon, Pennsylvania

Administrative Office: 123 Tice Blvd., Suite 250, Woodcliff Lake, New Jersey 07677

## GENERAL POWER OF ATTORNEY

*Know all Men by These Presents,* That COLONIAL SURETY COMPANY, a corporation duly organized and existing under the laws of the Commonwealth of Pennsylvania and having an administrative office in Woodcliff Lake, Bergen County, NJ does by these presents make, constitute and appoint

_____Wayne Nunziata or Michael Bonfante_____ of Woodcliff Lake and the State of New Jersey its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver.

### Any and All Bonds

and to bind the Company thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the Company, hereby ratifying and confirming all that the said Attorney(s)-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolution adopted by the Board of Directors of the Colonial Surety Company at a meeting held on the 25th day of July, 1950.

"*Be it Resolved,* that the President, any Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

"*Section I. Attorney-in-Fact.* Attorney-in-Fact may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements of indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed."

"*In Witness Whereof,* Colonial Surety Company has caused these presents to be signed by its _____ President _____ and its corporate seal to be hereto affixed the ____8th____ day of _____September_____, A.D., 2025.

State of New Jersey   }
County of Bergen   } SS.

COLONIAL SURETY COMPANY

By_____
Wayne Nunziata, President

On this ____8th____ day of _____September_____, in the year 2025, before me _____Theresa La Monica_____, a notary public, personally appeared _____Wayne Nunziata_____, personally known to me to be the person who executed the within instrument as ____President____, on behalf of the corporation therein named and acknowledged to me that the corporation executed it.

THERESA LA MONICA
A Notary Public of New Jersey
My Commission Expires September 9, 2030

_____          _____
Theresa La Monica                                    Notary Public

I, the undersigned President of Colonial Surety Company, hereby certify that the above and foregoing is a full, true and correct copy of the Original Power of Attorney issued by said Company, and do hereby further certify that the said Power of Attorney is still in force and effect.

GIVEN under my hand and the seal of said Company, at Woodcliff Lake, New Jersey this_____2nd_____day of _____June_____, 20__26__.

_____
Wayne Nunziata, President

Original printed with Blue and/or Black Ink.
For verification of the authenticity of this Power of Attorney you may call (201) 573-8788 and ask for the Power of Attorney clerk. Please refer to the above named individual(s) and details of the bond to which the power is attached.

Form S-100-101 (Rev 09/25)

BILL OF EXCHANGE    INTERNAL REVENUE SERVICE    DATE: _June 2, 2026_

Remitter: Tarani Alike Johnson

The Secretary of the Treasury is herein authorized and instructed to three (3) days after Sight, Unconditionally Pay to the Order of: TARANI ALIKE JOHNSON or bearer, without further advice or notice, the sum in United States $ 706, 339.25 in lawful money of account of the United States.

Payable through: United States Bankruptcy Court for the Eastern District of Pennsylvania, as securities intermediary; for credit to Account No. 2610372-DJB.

Memo: _SECURITY ENTITLEMENT IN government obligations held by the United States Government_

INTERNAL REVENUE SERVICE
CINCINNATI OH 4599-0023
Drawee, Authorized Signature

TARANI ALIKE JOHNSON
156-46-XXXXXX  156 76
Drawer, Authorized Signature

*FingerPrint Valid Touch*

THE BLUE KNIGHT™ & FINGERPRINT SECURITY WORDING IN THE BACKGROUND DISAPPEARS WHEN BLOWING OR RUBBING