FILED

2026 JUN -2 A 10: 05

U.S. BANKRUPTCY COURT