**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| TARANI A. JOHNSON, | : | |
| | : | |
| | : | Case No. 26-10372 (DJB) |
| Debtor. | : | |

**THE CITY OF PHILADELPHIA'S**
**JOINDER TO TRUSTEE'S MOTION TO DISMISS DEBTOR WITH PREJUDICE AND FOR IMPOSITION OF EXTENDED BAR ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 109(E), 349(A), AND 1307(C) (Docket Entry 217), AND OPPOSITION TO DEBTOR'S MOTION TO DISMISS WITHOUT PREJUDICE (Docket Entry 221)**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Beatrice Hanford, Assistant City Solicitor, to file this Response and hereby join and adopt the Chapter 13 Trustee's Motion to Dismiss Debtor with Prejudice and for Imposition of Extended Bar Order Pursuant to 11 U.S.C. §§ 105(a), 109(e), 349(a), and 1307(c) filed on July 23, 2026 [Doc. 217] and oppose the Debtor's request for dismissal without prejudice [Doc. 221].

On June 30, 2026, the City filed secured claim in the amount of $3,546.82 for unpaid water/sewer usage charges owed by the Debtor to the City (Claim Number 15).

On July 3, 2026, the City filed a claim 1) for commercial trash fees totaling $5,410.56; 2) a general unsecured claim totaling $48,300.82; and 3) an unliquidated claim for unfiled Net Profits tax returns (Claim Number 16).

The City joins in the Trustee's concerns about the Debtor's serial bankruptcy filings of which none resulted in a confirmed bankruptcy plan, the Debtor's lack of good faith, and the Debtor's ineligibility to be a Debtor in Chapter 13. Thus, the City joins in the Trustee's request for the Debtor to be barred from filing bankruptcy again without leave of Court.

WHEREFORE, the City respectfully requests that this Court DENY Debtor's Motion to Dismiss filed at docket entry 221, to the extent it seeks dismissal without prejudice.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 6, 2026

By: */s/ Beatrice Hanford*

BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| TARANI A. JOHNSON, | : | |
| | : | |
| | : | Case No. 26-10372 (DJB) |
| Debtor. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, *Beatrice Hanford* certify that on August 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Joinder to Trustee's Motion to Dismiss Debtor with Prejudice and for Imposition of Extended Bar Order Pursuant To 11 U.S.C. §§ 105(A), 109(E), 349(A), AND 1307(C) (Docket Entry 217), and Opposition to Debtor's Motion to Dismiss Without Prejudice (Docket Entry 221).

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 6, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST

Address: Office of the Chapter 13 Standing Trustee

190 N. Independence Mall West – Suite 701

Philadelphia, PA 19106

Relationship of Party: Chapter 13 Trustee

Via: CM/ECF (circled) 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

Robert N.C. Nix Federal Building

900 Market Street – Suite 320

Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via: CM/ECF (circled) 1st Class Mail Certified Mail e-mail: Other:

Name: Tarani A. Johnson, Pro Se

Address: 45 East City Avenue, Suite 503

Bala Cynwyd, PA 19004

Relationship of Party: Debtor

Via: CM/ECF 1st Class Mail (circled) Certified Mail e-mail: Other:

Name:

Address:

Relationship of Party:

Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other: