ReedSmith
Driving progress
through partnership

**Louis A. Bayles**
Direct Phone: +1 609 524-2032
Email: lbayles@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

August 14, 2026

**Via ECF and Overnight Mail**

The Hon. Derek J. Baker, U.S.B.J.
United States Bankruptcy Court for the Eastern District of
Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 201
Philadelphia, PA 19107
Tel. (215) 408-2978

**Re:** ***In re Tarani A. Johnson (Tarani A. Johnson v. Wells Fargo Bank, N.A.)***
**Bankruptcy No. 26-10372-DJB (Adversary No. 26-00133-AMC)**

Dear Judge Baker:

This firm represents Wells Fargo Bank, N.A. ("Wells Fargo") in the above captioned adversary proceeding. On July 28, 2026, at 3:24 p.m., Wells Fargo filed a Sanctions and Vexatious Litigant Order as well as an Application for Attorney's Fees ("Fee Application"), a copy of which is annexed hereto as **Exhibit A**. That same day – at 4:53 p.m., Your Honor entered an Order dismissing Debtor Tarani A. Johnson's Chapter 13 Case and Order to Show Cause for Imposition of Additional Conditions. *See* Dkt. No. 224. The Order provides that this Court retains jurisdiction to determine whether cause exists to attach conditions or impose a filing bar. *Id.,* at ¶ 3. Wells Fargo submits this correspondence to join the Chapter 13 Trustee's position, and respectfully requests that this Court attach further conditions to a dismissal of this case. *See* Dkt. No. 217. Additionally, Wells Fargo respectfully requests that this Court issue a ruling with respect to its Fee Application at the hearing currently scheduled in this matter on August 17, 2026 at 10:00 a.m.

The Court and Your Honor's time and consideration to this matter is greatly appreciated.

Respectfully submitted,

*/s/Louis A. Bayles*
Louis A. Bayles, Esq.

Encls.

cc: Tarani A. Johnson w/Encls. (via Email, ECF and overnight mail)
Kenneth E. West w/ Ecnl. (via Email, ECF and overnight mail)