# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Tarani A. Johnson,<br><br>Debtor. | Chapter 13<br>Bankruptcy No. 26-10372-djb |
| Tarani A. Johnson<br><br>Plaintiff,<br>v.<br><br>Wells Fargo Bank, N.A.<br><br>Defendant. | Adversary Case No. 26-00133-amc |

**<u>SANCTIONS AND VEXATIOUS LITIGANT ORDER</u>**

**AND NOW**, this __ day of _____________, 2026, and upon application by Defendant Wells Fargo Bank, N.A. ("Defendant") for dismissal of Plaintiff Tarani Alike Johnson's ("Plaintiff") Amended Adversary Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) and for sanctions (the "motion") and upon review of the record in this case, and for the reasons set forth in Defendant's Motion and at the hearings held in this matter it is hereby

**ORDERED** that:

(1) Defendant's Motion to Dismiss Plaintiff's Amended Adversary Complaint **WITH PREJUDICE** is **GRANTED**;

(2) Plaintiff's Adversary Complaint docketed as Adv. No. 26-00172-DJB is **DISMISSED WITH PREJUDICE**;

(3) Plaintiff is declared a vexatious litigant in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and is **ENJOINED** from filing any new case in the United States Bankruptcy Court for the Eastern District of Pennsylvania that:

a. names Wells Fargo Bank, N.A. as defendant, including any subsidiary, and affiliated corporations, companies, and business, and their present, former or future directors, officers, employees, agents, representatives, attorneys, successors, and assigns; or

b. raises any claims that may relate to or arise from the foreclosure litigation and judgment entered against Tarani A. Johnson regarding the property at 2285 Bryn Mawr Avenue, Philadelphia, PA.

(4) Plaintiff shall pay Defendant's attorney's fees incurred in its defense of this action in the amount of $15,232.60.

BY THE COURT:

____________________________________
Hon. Ashley M. Chan
Chief United States Bankruptcy Judge

[ ] Opposed

[ ] Unopposed

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Tarani A. Johnson,<br><br>Debtor. | Chapter 13<br>Bankruptcy No. 26-10372-djb |
| Tarani A. Johnson<br><br>Plaintiff,<br>v.<br><br>Wells Fargo Bank, N.A.<br><br>Defendant. | Adversary Case No. 26-00133-amc<br><br>**CERTIFICATION OF AARON M. BENDER, ESQ. IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S APPLICATION FOR ATTORNEY'S FEES** |

AARON M. BENDER, of full age, hereby certifies as follows:

1. I am an attorney licensed to practice in the Commonwealth and Eastern District Court of Pennsylvania, and a partner with the law firm of Reed Smith LLP, attorneys for Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") in this matter.

2. I have personal knowledge of the facts set forth herein.

3. I submit this certification in connection with Plaintiff's Application for Attorney's Fees pursuant to this Court's directive at the July 15, 2026 hearing on Wells Fargo's Motion to Dismiss – where Johnson failed to appear.

4. In support of this application, enclosed is a redacted copy of Reed Smith's computerized time sheet from Reed Smith's billing system, which Reed Smith utilizes to bill its clients for its services and costs, and which Reed Smith maintains and contemporaneously populates with data in the ordinary course of its business. Attached hereto as **Exhibit 1** is a

redacted copy of a computerized time sheet of the relevant itemized time entries by Reed Smith, between April 14, 2026 and June 30, 2026, in connection with the instant lawsuit.

5. The computerized time sheet enclosed with this Certification reflects the nature of services rendered by Reed Smith, the dates that services were provided, the description of the services provided, the time spent rendering the services described, and the billing rate for the individuals completing the work described.

6. As Reed Smith's computerized time sheet shows (indicating time entries, billing rate, and fees incurred), the time spent litigating this case was reasonable and appropriate.

7. With regard to the skill to perform the required work, the attorneys at Reed Smith handling this matter had the necessary skill to obtain the results sought on behalf of Plaintiff.

8. No unusual time limitations were imposed upon Reed Smith by Plaintiff or by any other circumstances.

9. The computerized time sheet reflects the attorneys working on this matter, the dates of their work, the tasks undertaken, and the hours spent on those tasks. *See* **Exhibit 1**.

10. The computerized time sheet also reflects an itemization of disbursements for which reimbursement is sought. *Id.*

11. The attorneys' fees charged by Reed Smith in connection with this matter were not fixed or contingent. The rates charged by the attorneys on this matter are comparable to the rates charged in this area by firms of similar size to Reed Smith. Our clients agreed to pay these rates and Plaintiff has paid these rates and the invoices for the legal fees incurred in this case.

12. The submission of the invoice summary herein is made subject to, and without waiver of, all applicable privileges and protections, including, without limitation, the attorney-client privilege and/or the work product doctrine.

13. All of Reed Smith's work for which an award of fees is now sought was necessary and reasonable for the results achieved in this action. The experience and qualifications of the attorneys and legal professionals identified in the entries are discussed in detail below.

14. Plaintiff respectfully submits that it is entitled to a total award of attorney's fees in the amount of $15,232.60. *See* Exhibit 1 & Certification for Allowance of Counsel Fees.

**AARON M. BENDER, ESQ.**

15. Aaron M. Bender, Esq. is a partner at Reed Smith. Mr. Bender has been practicing law since 2004 and has been with the firm since 2011. Mr. Bender assisted with core strategy and in the drafting of legal memoranda, as well as communications with clients and all parties. As the attached invoices show, while he directly worked on this matter, a fair proportion of the work was performed by associates at lower billing rates.

16. Mr. Bender's time was billed at an hourly rate of $500.00 on this matter. In setting this hourly rate charged to clients, Reed Smith has taken into consideration the normal market rate charged by firms of similar size and for attorneys of similar position, experience and expertise. As set forth above, our clients agree to pay the rates that we have set for our time.

17. Given Mr. Bender's experience and credentials, courts in New Jersey and neighboring states have held that hourly rates similar to Mr. Bender's hourly rate are reasonable. *See, e.g.*, *In re Mercedes-Benz Tele Aid Contract Litig.*, No. 07-2720 (DRD), 2011 U.S. Dist. LEXIS 101995, at *19 (D.N.J. Sept. 9, 2011) (holding partner-level hourly rates up to $855 were reasonable in 2011); *Carrington v. Graden*, No. 18-cv-4609 (KPF), 2020 U.S. Dist. LEXIS 178712, at *35-36 (S.D.N.Y. Sep. 28, 2020) (collecting cases and holding partner hourly rates between $850 and $1,000 were reasonable in 2020).

18. In addition, as set forth in detail in Exhibit 1 attached hereto, the amount of time expended by Mr. Bender, was reasonable in light of the important nature of the tasks undertaken by Mr. Bender, including managing the matter and core strategy.

**LOUIS A. BAYLES, ESQ.**

19. Louis A. Bayles, Esq. is an associate at Reed Smith. Mr. Bayles has been practicing law since 2023 and has been with the firm since 2023. Mr. Bayles assisted in the drafting of legal memoranda and other papers, as well as communications with the parties.

20. Mr. Bayles's time was billed at an hourly rate of $298.00 on this matter. In setting this hourly rate charged to clients, Reed Smith has taken into consideration the normal market rate charged by firms of similar size and for attorneys of similar position, experience and expertise. As set forth above, our clients agree to pay the rates that we have set for our time.

21. Given Mr. Bayles's experience and credentials, courts in this district and neighboring districts have held that hourly rates similar to Mr. Bayles's hourly rate are reasonable. *See supra*, *In re Mercedes-Benz*, 2011 U.S. Dist. LEXIS 101995 at *19; *Carrington*, 2020 U.S. Dist. LEXIS 178712 at *35-36.

22. In addition, as set forth in detail in Exhibit 1 attached hereto, the amount of time expended by Mr. Bayles was reasonable in light of the important nature of the tasks undertaken by Mr. Bayles, including briefing, preparation and substantive communications with the parties.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

**REED SMITH LLP**

*/s/ Aaron M. Bender*
Aaron M. Bender, Esq.

Dated: July 28, 2026

*Wells Fargo Bank, N.A.*

# EXHIBIT 1

| Work Date | Tkpr Name | Title | Narrative | Amount USD | Billed Hours |
|---|---|---|---|---|---|
| 6/26/2026 | Bayles, Louis A. | Associate | Prepare exhibits in support of omnibus response in opposition to pending motions. | 89.40 | 0.30 |
| 6/26/2026 | Bayles, Louis A. | Associate | Continue to finalize omnibus response in opposition to pending motions for submission in adversary case. | 208.60 | 0.70 |
| 6/25/2026 | Bender Aaron | Fix.Sh.Partner | Review of vexatious litigant order entered by the Court against Tarani Johnson. | 100.00 | 0.20 |
| 6/25/2026 | Bayles, Louis A. | Associate | Analysis of case docket as well as pleadings to develop case strategy as well as provide update to client. | 59.60 | 0.20 |
| 6/24/2026 | Bender Aaron | Fix.Sh.Partner | Review of notices from Plaintiff regarding dismissal of Wells Fargo from the amended adversary complaint. | 200.00 | 0.40 |
| 6/24/2026 | Bender Aaron | Fix.Sh.Partner | Finalization of associate draft opposition to request for injunction as to the sheriff's sale. | 550.00 | 1.10 |
| 6/24/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 150.00 | 0.30 |
| 6/24/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 59.60 | 0.20 |
| 6/24/2026 | Bayles, Louis A. | Associate | Draft as well as revise omnibus response in opposition to Plaintiff's motion to void sale. | 566.20 | 1.90 |
| 6/24/2026 | Bayles, Louis A. | Associate | Finalize omnibus response in opposition to motions filed in adversary proceeding for submission with Court. | 119.20 | 0.40 |
| 6/23/2026 | Bender Aaron | Fix.Sh.Partner | Communications with Court discussing pending date for all hearings. | 100.00 | 0.20 |
| 6/23/2026 | Bayles, Louis A. | Associate | Communications with bankruptcy counsel regarding litigation status as well as case strategy. | 89.40 | 0.30 |
| 6/22/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 100.00 | 0.20 |
| 6/22/2026 | Bayles, Louis A. | Associate | Analysis of contemporaneously filed motions in adversary proceeding to prepare response in opposition. | 119.20 | 0.40 |
| 6/22/2026 | Bayles, Louis A. | Associate | Analysis of Judge's local rules to prepare omnibus response in opposition to Debtor's motions. | 89.40 | 0.30 |
| 6/22/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 29.80 | 0.10 |
| 6/22/2026 | Bayles, Louis A. | Associate | Analysis of bankruptcy as well as adversary dockets to determine litigation status as well as provide status update to client. | 89.40 | 0.30 |
| 6/18/2026 | Bender Aaron | Fix.Sh.Partner | Communications with bankruptcy court regarding return date for all pending motions. | 200.00 | 0.40 |
| 6/18/2026 | Bender Aaron | Fix.Sh.Partner | Communications with bankruptcy counsel discussing strategy for adversary hearings. | 100.00 | 0.20 |
| 6/17/2026 | Bender Aaron | Fix.Sh.Partner | Communications with bankruptcy counsel regarding strategy for hearing on all pending motions. | 150.00 | 0.30 |
| 6/17/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 150.00 | 0.30 |
| 6/16/2026 | Bender Aaron | Fix.Sh.Partner | Communications with Court regarding Wells Fargo's motion to dismiss the second adversary complaint. | 100.00 | 0.20 |
| 6/16/2026 | Bender Aaron | Fix.Sh.Partner | Preparation for initial conference before Judge Chan on adversary issues. | 650.00 | 1.30 |
| 6/16/2026 | Bayles, Louis A. | Associate | Analysis of second amended adversary complaint to finalize motion to dismiss. | 89.40 | 0.30 |
| 6/16/2026 | Bayles, Louis A. | Associate | Finalize memorandum of law in support of motion to dismiss adversary complaint for submission with Court. | 268.20 | 0.90 |
| 6/15/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 100.00 | 0.20 |
| 6/15/2026 | Bender Aaron | Fix.Sh.Partner | Review of amended adversary complaint filed in the bankruptcy action. | 100.00 | 0.20 |
| 6/12/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 59.60 | 0.20 |
| 6/12/2026 | Bayles, Louis A. | Associate | Continue to revise memorandum of law in support of motion to dismiss debtor's adversary complaint. | 864.20 | 2.90 |
| 6/12/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 100.00 | 0.20 |
| 6/12/2026 | Bender Aaron | Fix.Sh.Partner | Finalization of associate draft of motion to dismiss second amended adversary complaint. | 1,300.00 | 2.60 |
| 6/11/2026 | Bayles, Louis A. | Associate | Communications with bankruptcy counsel as well as Colonial Surety regarding fraudulent bond submitted by debtor. | 119.20 | 0.40 |
| 6/10/2026 | Bender Aaron | Fix.Sh.Partner | Review of recusal decision from the Court. | 150.00 | 0.30 |
| 6/10/2026 | Bender Aaron | Fix.Sh.Partner | Communications with Court discussing initial conference before new judge. | 100.00 | 0.20 |
| 6/10/2026 | Bender Aaron | Fix.Sh.Partner | Review of new bankruptcy judge assignment for the handling of the adversary proceeding. | 100.00 | 0.20 |
| 6/9/2026 | Bayles, Louis A. | Associate | Finalize memorandum of law in support of motion to dismiss complaint for submission with Court. | 238.40 | 0.80 |
| 6/9/2026 | Bayles, Louis A. | Associate | Continue to draft memorandum of law in support of motion to dismiss Amended Complaint. | 268.20 | 0.90 |
| 6/9/2026 | Bayles, Louis A. | Associate | Draft supplemental documents to motion to dismiss amended adversary complaint. | 119.20 | 0.40 |
| 6/8/2026 | Bayles, Louis A. | Associate | Analysis of emergency motion as well as supplemental filings in adversary proceeding to prepare response in opposition as well as provide status update to client. | 119.20 | 0.40 |
| 6/5/2026 | Bayles, Louis A. | Associate | Continue to draft memorandum of law in support of motion to dismiss amended adversary complaint. | 238.40 | 0.80 |
| 6/5/2026 | Bender Aaron | Fix.Sh.Partner | Communications with the Court regarding order extending deadline to respond to amended adversary proceeding. | 100.00 | 0.20 |
| 6/5/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 100.00 | 0.20 |
| 6/4/2026 | Bettino Diane | Equity Partner | Review the outcome of the hearing on the recusal motion and stay motion. | 159.00 | 0.20 |
| 6/4/2026 | Bender Aaron | Fix.Sh.Partner | Attended and argued recusal motion before the bankruptcy court | 1,550.00 | 3.10 |
| 6/4/2026 | Bayles, Louis A. | Associate | Communications with bankruptcy counsel regarding their communications with Colonial Surety as well as Johnson's request for emergency hearing. | 89.40 | 0.30 |
| 6/4/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 119.20 | 0.40 |
| 6/4/2026 | Bayles, Louis A. | Associate | Draft memorandum of law in support of motion to dismiss amended adversary complaint. | 834.40 | 2.80 |
| 6/3/2026 | Bender Aaron | Fix.Sh.Partner | Preparation for oral argument on recusal application in the bankruptcy court. | 1,100.00 | 2.20 |
| 6/3/2026 | Bender Aaron | Fix.Sh.Partner | Preparation of arguments motion to dismiss amended adversary complaint. | 1,150.00 | 2.30 |
| 5/22/2026 | Bayles, Louis A. | Associate | Communications with bankruptcy counsel regarding litigation status as well as case strategy with respect to frivolous claims. | 89.40 | 0.30 |
| 4/30/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 59.60 | 0.20 |
| 4/30/2026 | Bayles, Louis A. | Associate | Communications with bankruptcy counsel regarding litigation status as well as case strategy. | 119.20 | 0.40 |
| 4/23/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 89.40 | 0.30 |
| 4/18/2026 | Bender Aaron | Fix.Sh.Partner | Review of previous vexatious litigant orders entered by the federal court. | 200.00 | 0.40 |
| 4/18/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 300.00 | 0.60 |
| 4/17/2026 | Bender Aaron | Fix.Sh.Partner | Review of adversary Complaint docket in the bankruptcy action. | 100.00 | 0.20 |
| 4/17/2026 | Bender Aaron | Fix.Sh.Partner | Communications with bankruptcy counsel discussing the status of the bankruptcy. | 100.00 | 0.20 |
| 4/17/2026 | Bender Aaron | Fix.Sh.Partner | Review of potential recusal motion filed related to Judge Baker. | 200.00 | 0.40 |
| 4/17/2026 | Bayles, Louis A. | Associate | Communications with client [redacted]. | 59.60 | 0.20 |
| 4/16/2026 | Bender Aaron | Fix.Sh.Partner | Communications with client [redacted]. | 100.00 | 0.20 |
| 4/16/2026 | Bender Aaron | Fix.Sh.Partner | Review of adversary complaint filed by Johnson in bankruptcy court. | 150.00 | 0.30 |
| 4/15/2026 | Bayles, Louis A. | Associate | Analysis of adversary complaint filed against Wells Fargo in relation to bankruptcy action to provide status update to client. | 59.60 | 0.20 |
| | | | | **15,232.60** | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Tarani A. Johnson,<br><br>Debtor. | Chapter 13<br>Bankruptcy No. 26-10372-djb |
| Tarani A. Johnson<br><br>Plaintiff,<br>v.<br><br>Wells Fargo Bank, N.A.<br><br>Defendant. | Adversary Case No. 26-00133-amc |

**<u>CERTIFICATION OF SERVICE</u>**

I, Aaron M. Bender, counsel for Wells Fargo Bank, N.A. (the "Defendant") in the above-captioned matter, certify that on July 28, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. Proposed Order Dismissing Complaint and Declaring Plaintiff a Vexatious Litigant;
2. Certification of Aaron M. Bender for Attorney's Fees, with Exhibit 1; and
5. This Certification of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*<u>/s/ Aaron M. Bender</u>*
Aaron M. Bender, Esq.

**<u>Mailing List Exhibit</u>**:

| **Name and Addressed of Party Service** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| **Tarani A. Johnson**<br>45 East City Avenue, Ste 503<br>Bala Cynwyd, PA 19004 | Pro Se Plaintiff | ☐ Hand-delivered<br>X Regular mail<br>X Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>________________________<br>(as authorized by the court *) |