# Treaty of Peace

FILED

I, Robert-Kenji, a member of the family Laurie, was wholly unaware that my loyal State government is subverted and occupied by the Government currently established in Washington, D.C. as "United States." It appalls me to discover that United States considers me an alien enemy by implication resulting from the current rebellion. A rebellion that is ongoing for longer than I have been alive. It further disturbs me that an offer of peace, amnesty, and pardon was offered to me and my ancestors but due to the lack of public knowledge of this offer I have until now failed to avail myself of the benefits of the Proclamations of Amnesty and Pardon offered by Presidents Abraham Lincoln and Andrew Johnson. It was never my intent to support or give aid and comfort to any rebellion by implication or direct intent. With this act I wish the record be corrected and my rights, rights to property, and property restored. I am a loyal American.

---

**As provided for by the Proclamation of Amnesty and Pardon by President Andrew Johnson I take and subscribe the following oath freely and of my own accord, to wit:**

**"I, Robert-Kenji, do solemnly swear, in the presence of Almighty God, that I will henceforth faithfully support, protect, and defend the Constitution of the United States, and the united of the States thereunder; and that I will, in like manner, abide by and faithfully support all laws and proclamations which have been made during the existing rebellion with reference to providing help to all wounded and restore public order and safety under 50 U.S.C. 4305(b)(2), so help me God."**

**With this act I accept the pardon and amnesty offered to me by Presidents Abraham Lincoln and Andrew Johnson and avail myself of all the benefits offered thereby. Proclamation No. 11 at 13 Stat 737 on December 8, 1863, Proclamation No. 14 at 13 Stat 741 on March 26, 1864, and Proclamation No. 37 at 13 Stat 758 on May 29, 1865.**

This self-executing peace treaty is ratified on this 15th day of August in the year two thousand twenty-Six A.D., and of the Independence of the United States of America the two hundred forty-seventh. I am now at peace with United States under the Constitution of the United States and retain my rank in society as a loyal American with all the rights, privileges, immunities, duties, and obligations that are my birthright. This Treaty of Peace shall also extend to my posterity so long as it is kept inviolate.




Robert Kenji family of Laurie

**Robert-Kenji family of Laurie**

Print Name

A loyal American

On 15th August 2026, the above signed came before me, a commissioned officer in the civil, military, or naval service of the United States or a civil or military officer of a state not in insurrection, proving his qualification to enter into this peace treaty with the proper identification. I personally witnessed his signing and ratification of the above treaty. 13 Stat 741

Brandon Harris

Signature

Notary Public

Office

Commonwealth of Pennsylvania - Notary Seal
BRANDON HARRIS - Notary Public
Philadelphia County
My Commission Expires October 7, 2029
Commission Number 1408895

10/7/2029

Commission Expiration (if applicable)

Pursuant to the Constitution of the United States at Article 6 Section 2 and at Article 4 Section 1, this ratified peace treaty is the supreme Law of the Land and shall be given the full faith and credit of the United States.

United States Department of State Identification Purposes Only

Last Name: ____________ D.O.B. ____________ LAST 4 SSN: ____________

Presidential Proclamations

# Presidential Proclamations

Proclamation No. 11: Amnesty and Pardon
Proclamation No. 14: Amnesty and Pardon
Proclamation No. 37: Amnesty and Pardon

## Supporting U.S. Supreme Court Cases

American Ins. Co. v. 356 Bales of Cotton, 26 U.S. 511, 542 (1828)
United States v. Padelford,76 U.S. 531 (1869)
United States v. Kline, 80 U.S. 128 (1871)
Bank Markazi v. Peterson, 578 U.S. __ (2016)
Ortiz v. United States 585 U.S. __ (2018)

## Supporting U.S. Federal Law

Immigration and National Act:
Section 101 (a) (14): self-governing dominion under mandate
Section 101 (a) (21): national of a state
Section 331(d): cessation of hostilities
The War Crimes Act (codified 18 U.S.C. 2441)
Foreign Sovereign Immunities Act of 1976
Civil Rights Act of 1866

## Supporting International Law

Articles of Confederation (1783)
Treaty of Paris (1784)
Customary International Humanitarian Law:
Rule 5: Definition of Civilians
Rule 6: Definition of Civilian Objects
Rule 159: Amnesty
Laws of Armed Conflict:
Geneva Convention III (unorganized militia)
Geneva Convention IV (loyal Americans)
Hague Regulations
Lieber Code

## Commercial Law

UCC 7-103(a) Treaty is controlling
UCC 9-311 (a)(1) Treaty is controlling